IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WAYNE E. DRIGGERS,

      Appellant,

v.

Case No.  5D23-768
LT Case No. 2010-CF-003329-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Wayne E. Driggers, Blountstown, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS and SOUD, JJ., concur.